# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

September 20, 2016

<u>Via ECF</u>
Honorable Gabriel Gorenstein
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: <u>United States v. Ahmad Khan Rahami</u>, 16 Mag. 6009 (GWG)**

Dear Judge Gorenstein:

    I write regarding the Complaint unsealed tonight against Ahmad Khan Rahami, charging him with the use of weapons of mass destruction, bombing a place of public use, destruction of property by means of fire or explosive, and use of a destructive device during and in furtherance of a crime of violence. Pursuant to Rule 5(a)(1)(A) of the Federal Rules of Criminal Procedure, I request Mr. Rahami's prompt presentment on the criminal complaint, so he may be informed of the federal charges and have access to counsel.

    Mr. Rahami has already been held on extremely serious state charges in New Jersey for over 36 hours without the benefit of counsel. He is receiving treatment for gunshot wounds at a hospital in Newark, New Jersey. He has been held and questioned by federal law enforcement agents since his arrest on September 19, 2016. The Sixth Amendment requires that he be given access to counsel on the federal charges, and that he be presented without delay. We respectfully request that the Court schedule a presentment for tomorrow, September 21, 2016, at the earliest possible time. If Mr. Rahami is not able to travel to Manhattan because of his medical condition, our office is available to meet with him in New Jersey and represent him at a telephone or videoconference presentment at any time.

                                      Respectfully submitted,

                                        /s
                                        David E. Patton
                                        Executive Director
                                        Federal Defenders of New York

cc: A.U.S.A.s Lewin, Bove III, Crowley & DeFilippis